934 A.2d 1152

**Dwayne BUTLER, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,
Raymond J. Sobina, Shelly L. Thompson, Respondents.**

**No. 82 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and/or Petition for Writ of Prohibition and Application for an Immediate Hearing are denied.

934 A.2d 1152

**Richard BRINSON, Petitioner,**

v.

**Thomas CORBETT, Attorney General for The Commonwealth of Pennsylvania, James T. Wynder, Superintendent at Sci–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 122 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.